**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| **RYAN CARABOOLAD,** individually, and on behalf of all others similarly situated, | Case No. 3:18-cv-02699-JMC |
| *Plaintiff,* | |
| *v.* | |
| **SUN TAN CITY, LLC,** a Kentucky company, | |
| *Defendant.* | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ryan Caraboolad hereby dismisses this action without prejudice.

Respectfully Submitted,

Dated: November 29, 2018

By:  /s/ *C. Tyson Nettles*

C. Tyson Nettles (#9569)
PO Box 22007
Charleston, SC 29407
tyson@tysonnettleslaw.com
Telephone: (843) 278-8416

Stefan Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
1072 Madison Ave. #1
Lakewood, NJ 08701
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Attorneys for Plaintiff and the putative Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ C. Tyson Nettles*